IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 09-cv-00009-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:   March 2, 2009 | Courtroom Deputy: Ginny Kramer |

*Parties:*                                                           *Counsel:*

JUNE TIFT,                                                          John Heenan
TIMOTHY McCOLLOUGH,

    Plaintiffs.


v.


JOHNSON, RODENBURG & LAUINGER,           John Simpson, Jr.
                                                                         Paul Lopach
    Defendant.

CACV of Colorado, LLC,                                    Maunel Newburger
                                                                         Elizabeth Newburger
    Interested Party.


**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**

**Court in Session: 1:33 p.m.**

Court calls case.  Appearances of counsel.

The Court and counsel discuss CACV's Motion to Quash.

Argument by Mr. Newburger, for CACV.

Argument by Mr. Simpson for defendant Johnson, Rodenburg & Lauinger.

**It was ORDERED**:

1. That Interested Party, CACV's Motion to Quash [#1] filed January 5, 2009, is **GRANTED,** as stated on the record.

HEARING CONCLUDED.

**Court in recess**: **1:54 p.m.**
Total time in court:     00:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.