IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00009-CMA-CBS
*Re: Subpoena in Civil Case No. CV-07-166-BLG-RFC-CSO*
*In The United States District Court for the District of Montana, Billings Division*

JUNE TIFT and
TIMOTHY McCOLLOUGH,

    Plaintiffs,

v.

JOHNSON, RODENBURG & LAUINGER,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pursuant to the court granting the motion to quash during the hearing held on March 2, 2009, and in accordance with D.C. COLO. LCivR 72.1 B. 7., this civil action is CLOSED.

**DATED:**    March 3, 2009